UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No:   **CV 14-5413 MWF (CWx)**                                    Dated: **July 17, 2015**

Title:   Timothy Rogner, et al. -v- Drive Thru Records, LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                            None Present

PROCEEDINGS (IN CHAMBERS):  COURT ORDER

In light of the Notice of Settlement filed July 16, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **August 17, 2015 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                                  Initials of Deputy Clerk   cw
CIVIL - GEN

-1-